United States District Court
Southern District of Texas
**ENTERED**
July 06, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| HARRIS COUNTY, TEXAS, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:21-CV-805 |
| | § | |
| TEXAS DEPARTMENT OF | § | |
| TRANSPORTATION, *et al*, | § | |
| | § | |
| Defendants. | § | |

## SCHEDULING ORDER

| | | |
|---|---|---|
| 1. | 12/3/2021 | **TxDOT ADMINISTRATIVE RECORD** |
| | | |
| | | **EXPERTS** |
| 2a. | N/A | Plaintiff, or party with the burden of proof, will designate expert witnesses in writing, listing the qualifications of each expert, the opinions the expert will present, and the bases for the opinions as required under Federal Rule of Civil Procedure 26(a)(2). |
| | | |
| 2b. | N/A | Defendant, or party with the burden of proof, will designate expert witnesses in writing, listing the qualifications of each expert, the opinions the expert will present, and the bases for the opinions as required under Federal Rule of Civil Procedure 26(a)(2). |
| | | |
| 3. | 2/15/2022 | **DISCOVERY** Counsel may, by agreement continue discovery beyond the deadline.  No continuance will be granted because of information acquired in post-deadline discovery. |
| | | |
| 4. | 4/1/2022 | **CROSS MOTIONS FOR SUMMARY JUDGMENT** |
| | | |
| | | **JOINT PRETRIAL ORDER** |
| 5a. | 6/17/2022 | THE DEFENDANT shall supply the Plaintiff with a final version of its pretrial order by this date.  (Where available, Defendant should supply Plaintiff with a computer disc) |

| | | |
|---|---|---|
| 5b. | 6/20/2022 | THE PLAINTIFF is responsible for filing the pretrial order on this date.  All Motions in Limine must also be filed by this date. |
| 6. | 6/24/2022 | **DOCKET CALL** is set at 1:30 p.m. in Courtroom 9A. |
| | | **TRIAL** |
| 7. | July 2022 | Case is subject to being called to trial on short notice during this month. |
| 7a. | 2 days | Estimated days to try |
| 7b. | Non-Jury | Trial to be jury or non-jury |

The Clerk shall enter this Order and provide a copy to all parties.

SIGNED at Houston, Texas, this 2nd day of July, 2021.

VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE