United States District Court
Southern District of Texas
**ENTERED**
December 07, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| HARRIS COUNTY, TEXAS, <br> *Plaintiff,* <br> v. <br><br> TEXAS DEPARTMENT OF TRANSPORTATION; and MARC WILLIAMS, IN HIS OFFICIAL CAPACITY AS EXECUTIVE DIRECTOR OF THE TEXAS DEPARTMENT OF TRANSPORTATION, <br> *Defendants.* | § § § § § § § § § § § § | CIVIL ACTION NO. 4:21-CV-00805 |

## AGREED ORDER GRANTING STAY

The Court having reviewed and considered the Joint Motion to Stay (ECF 19) to permit settlement discussions between the parties, hereby GRANTS the motion, and this case is stayed for 45 days. The parties will file a status report 45 days from today's date to update the Court on the status of the negotiations and, if agreed by all parties, may petition the Court to extend the stay.

SIGNED on December 6, 2021.

_____
VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE