IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **HARRIS COUNTY, TEXAS** § | | |
| *Plaintiff* § | | |
| vs. § | | |
| § | | |
| **TEXAS DEPARTMENT OF** § | | |
| **TRANSPORTATION; AND MARC** § | **CIVIL ACTION NO. 4:21-cv-00805** | |
| **WILLIAMS, IN HIS OFFICIAL** § | | |
| **CAPACITY AS EXECUTIVE** § | | |
| **DIRECTOR OF THE TEXAS** § | | |
| **DEPARTMENT OF** § | | |
| **TRANSPORTATION** § | | |
| *Defendants* | | |

**JOINT MOTION TO EXTEND STAY**

TO THE HONORABLE EWING WERLEIN, JR.:

This case concerns alleged violations of the National Environmental Policy Act ("NEPA"), 42 U.S.C. § 4321 et seq., and the Administrative Procedure Act, 5 U.S.C. §§ 701-706, by the Defendants in issuing a Record of Decision and Final Environmental Impact Statement approving the construction of the I-45 North Houston Highway Improvement Project.

On December 3, 2021, the parties filed a joint motion to stay this case for 45 days in order to engage in discussions to try to resolve the lawsuit (ECF 19). The Court granted the motion on December 6, 2021 and ordered the parties to file a status report and/or move the Court to extend the stay (ECF 21). The Court granted the multiple joint motions to extend the stay (ECF 24, 26, 28, 30, 34, & 36).

The parties continue to engage in discussions to try to resolve the lawsuit. The parties and their technical specialists met June 29, 2022. To facilitate the ongoing discussions, the parties jointly propose an additional 30-day extension of the stay in this litigation to allow for these discussions to be undertaken free from the threat of active litigation. Accordingly, the parties

respectfully request that the Court enter and order extending the stay by 30 days from the date of entry of such order.

Respectfully submitted,

| IRVINE & CONNER PLLC | TEXAS DEPARTMENT OF TRANSPORTATION AND MARC WILLIAMS |
|---|---|
| by:   /s/ Charles Irvine | |
| **Charles Irvine** | by:   /s/ Lisa McClain Mitchell |
| *Attorney in Charge* | LISA MCCLAIN MITCHELL |
| Texas Bar No. 24055716 | Assistant Attorney General |
| Federal (Southern District) No. 675029 | Southern Dist. No. 572948 |
| charles@irvineconner.com | Texas Bar No. 90001724 |
| **Janet Campos** | Transportation Division |
| Texas Bar No. 24096157 | P.O. Box 12548 |
| 4709 Austin St. | Austin, Texas 78711-2548 |
| Houston, Texas 77004 | 512-936-1431 |
| 713.533.1704 | 512-936-0888 – Fax |
| | Email: lisa.mitchell@oag.texas.gov |
| **Christian D. Menefee** | |
| Harris County Attorney | RYAN P. BATES |
| Texas Bar No. 24088049 | Texas Bar No. 24055152 |
| Federal (Southern District) No. 2800354 | Bates PLLC |
| Christian.Menefee@cao.hctx.net | 919 Congress Avenue, Suite 1305 |
| **Jonathan Fombonne** | Austin, Texas 78701 |
| First Assistant Harris County Attorney | Telephone: (512) 694-5268 |
| Texas Bar No. 24102702 | Email: rbates@batespllc.com |
| Federal (Southern District) No. 3016436 | |
| Jonathan.Fombonne@cao.hctx.net | **ATTORNEYS FOR DEFENDANTS** |
| **Tiffany Bingham** | |
| Managing Counsel | |
| Texas Bar No. 24012287 | |
| Federal (Southern District) No. 1077536 | |
| Tiffany.Bingham@cao.hctx.net | |
| by:   /s/ Sarah Jane Utley | |
| **Sarah Jane Utley** | |
| Environmental Division Director | |
| Texas Bar No. 24042075 | |
| Federal (Southern District) No. 737952 | |
| Sarah.Utley@cao.hctx.net | |
| 1019 Congress Plaza, 15th Floor | |
| Houston, Texas 77002 | |
| (713) 274-5124 (direct line) | |

**ATTORNEYS FOR PLAINTIFF HARRIS COUNTY, TEXAS**

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a true and correct copy of the foregoing document was served on all counsel of record in this Cause by filing it via the Court's ECF system on the 5th day of August, 2022.

                                                   */s/ Lisa McClain Mitchell*
                                                   Lisa McClain Mitchell